# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1064**                                    **September Term, 2024**

**FERC-ER24-2338-002**
**FERC-ER24-2338-000**
**FERC-ER24-2338-001**
**FERC-EL24-119-000**
**FERC-EL24-119-001**
**FERC-ER24-2336-001**
**FERC-ER24-2336-000**
**FERC-ER24-2336-002**

**Filed On: February 18, 2025** [2101102]

PJM Transmission Owners,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

## O R D E R

The petition for review in this case was filed and docketed on February 14, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 20, 2025 |
| Docketing Statement Form | March 20, 2025 |
| Procedural Motions, if any | March 20, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 20, 2025 |
| Statement of Issues to be Raised | March 20, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | March 20, 2025 |
| Dispositive Motions, if any | April 4, 2025 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1064**                                      **September Term, 2024**

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | March 20, 2025 |
| Procedural Motions, if any | March 20, 2025 |
| Certified Index to the Record | April 4, 2025 |
| Dispositive Motions, if any | April 4, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

              BY:    /s/
                        Elbert B.J. Lestrade
                        Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)