UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| PJM Transmission Owners, | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | No. 25-1064 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
|     Respondent. | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
PJM INTERCONNECTION, L.L.C.**

PJM Interconnection, L.L.C. ("PJM"), pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and Rule 15(b) of the Circuit Rules of this Court, hereby moves for leave to intervene in the captioned review proceeding.

PJM is the regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia. PJM is authorized by Respondent Federal Energy Regulatory Commission ("FERC") to conduct regional transmission planning pursuant to the provisions in its FERC-filed Amended and Restated Operating Agreement of PJM Interconnection, L.L.C. ("Operating Agreement"). PJM was approved by FERC first as an independent system operator, *Pennsylvania-New Jersey-Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000),

*modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002), and then as an RTO, *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

On February 14, 2025, American Electric Power Service Corporation on behalf of its affiliates, Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Wheeling Power Company, AEP Appalachian Transmission Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company, Inc.; The Dayton Power and Light Company d/b/a AES Ohio; Dominion Energy Services, Inc. on behalf of Virginia Electric and Power Company d/b/a Dominion Energy Virginia; Duke Energy Corporation on behalf of its affiliates Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; Duquesne Light Company; East Kentucky Power Cooperative, Inc.; Exelon Corporation on behalf of its affiliates Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FirstEnergy Service Company, on behalf of its affiliates American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line

2

Company; and PPL Electric Utilities Corporation (collectively, "PJM Transmission Owners" or "Petitioners"), filed in No. 25-1064 a petition for review of the following order and notice issued by FERC:

1. *Duquesne Light Co.*, Order Rejecting Consolidated Transmission Owners Agreement Amendments and Denying Complaint, Docket Nos. ER24-2336-000, et al., 189 FERC ¶ 61,181 (Dec. 6, 2024); and

2. *Duquesne Light Co.*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket Nos. ER24-2336-002, et al., 190 FERC ¶ 62,075 (Feb. 6, 2025).

The underlying FERC proceedings are related to proposed amendments to the Consolidated Transmission Owners Agreement—the formative contract between the PJM Transmission Owners and PJM that transfers to PJM the legal rights to operate and plan the PJM Transmission Owners' facilities—and a corresponding proposal to move PJM's regional planning procedures from Schedule 6 of the Operating Agreement to PJM's Open Access Transmission Tariff, consistent with one of the proposed changes to the Consolidated Transmission Owners Agreement. PJM was an active participant in all phases of the FERC proceedings. As the applicant in one of the underlying proceedings, a signatory to the Consolidated Transmission Owners Agreement, and as the administrator of the Operating Agreement and PJM's Open Access Transmission Tariff, PJM has a direct and substantial interest in the Court's review of the challenged orders and notice. Such interest cannot be adequately

3

represented by any other party.  Accordingly, PJM requests leave to intervene in support of Petitioners in this review proceeding.

                                              Respectfully submitted,

                                 */s/ Ryan J. Collins*
                                 Ryan J. Collins
                                 Ruth M. Porter
                                 Wright & Talisman, P.C.
                                 1200 G Street, N.W., Suite 600
                                 Washington, D.C.  20005
                                 (202) 393-1200
                                 collins@wrightlaw.com
                                 porter@wrightlaw.com

                                 *Attorneys for*
                                 *PJM Interconnection, L.L.C.*

Dated: March 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| PJM Transmission Owners, | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | No. 25-1064 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
|     Respondent. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
PJM INTERCONNECTION, L.L.C.**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Rules 15(c)(6) and 26.1 of the Circuit Rules of this Court, intervenor PJM Interconnection, L.L.C. ("PJM"), states that it is a limited liability company organized and existing under the laws of the State of Delaware. PJM is a regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia. PJM is authorized by Respondent Federal Energy Regulatory Commission ("FERC") to administer an Open Access Transmission Tariff ("Tariff"), provide transmission service under the Tariff on the electric transmission facilities under PJM's control, operate an energy and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state electric control area. PJM was approved by FERC first as an independent system operator and then as an RTO. *See Pennsylvania-New Jersey-*

*Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000), *modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002); *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

PJM has no parent companies. Under Delaware law, the members of a limited liability company have an "interest" in the company. *See* Del. Code Ann. tit. 6, § 18-701 (2024). PJM members do not purchase their interests or otherwise provide capital to obtain their interests. Rather, the PJM members' interests are determined pursuant to a formula that considers various attributes of the member, and the interests are used only for the limited purposes of: (i) determining the amount of working capital contribution for which a member may be responsible in the event financing cannot be obtained;[1] and (ii) dividing assets in the event of liquidation. PJM is not operated to produce a profit, has never made any distributions to members, and does not intend to do so (absent dissolution). In addition, "interest" as defined above does not enter into governance of PJM and there are no individual entities that have a 10% or greater voting interest in the conduct of any PJM affairs.

---

[1] Under the Amended and Restated Operating Agreement of PJM Interconnection, L.L.C., the amount of capital contributions received from all PJM members combined is capped at $5,200,000. PJM generally finances its working capital requirements.

2

3

          Respectfully submitted,

          */s/ Ryan J. Collins*
          Ryan J. Collins
          Wright & Talisman, P.C.
          1200 G Street N.W., Suite 600
          Washington, D.C.  20005
          (202) 393-1200

          ***Attorney for***
          ***PJM Interconnection, L.L.C.***

Dated: March 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PJM Transmission Owners,        ) | |
|     Petitioners,        ) | |
|             ) | |
| v.        ) | No. 25-1064 |
|             ) | |
| Federal Energy Regulatory Commission,        ) | |
|     Respondent.        ) | |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(g)(1), the undersigned certifies that the foregoing motion complies with the applicable type-volume limitations. The motion was prepared using a proportionally spaced type (Times New Roman, 14 point) and contains 584 words. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word Standard 2016) used to prepare the motion.

Dated at Washington, DC this 11th day of March 2025.

Respectfully submitted,

*/s/ Ryan J. Collins*
Ryan J. Collins
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, D.C.  20005

*Attorney for*
*PJM Interconnection, L.L.C.*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| PJM Transmission Owners, | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | No. 25-1064 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
|     Respondent. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Appellate procedure, I hereby certify that I have this 11th day of March 2025, served the foregoing Motion for Leave to Intervene and Corporate Disclosure Statement of PJM Interconnection, L.L.C. via the CM/ECF system. I certify that service for participants in the case that are registered CM/ECF users will be accomplished by the CM/ECF system and those who are not registered will be served via U.S. Mail as listed below:

    Jessica Cano
    American Electric Power Service Corporation
    1 Riverside Plaza
    Columbus, OH 43215
    Email: jacano@aep.com

    Denise R. Foster Cronin
    East Kentucky Power Cooperative, Inc.
    Regulatory Affairs
    4775 Lexington Road
    PO Box 707
    Winchester, KY 40392-0707

Michael Kunselman
David Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
Email: michaelkunselman@dwt.com

Cheri Yochelson
Dominion Energy Services, Inc.
120 Tredegar Street, RS-5
Richmond, VA 23219
Email: Cheri.M.Yochelson@dominion energy.com

        Respectfully submitted,

        */s/ Ryan J. Collins*
        Ryan J. Collins
        Wright & Talisman, P.C.
        1200 G Street N.W., Suite 600
        Washington, D.C.  20005

        ***Attorney for***
        ***PJM Interconnection, L.L.C.***