# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PJM Transmission Owners,<br><br>*Petitioners*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent.* | No. 25-1064 |

## MOTION FOR LEAVE TO INTERVENE OF
## AMERICAN MUNICIPAL POWER, INC.

Pursuant to Rules 15(d) and 27 of the Federal Rules of Appellate Procedure ("F.R.A.P."), and Circuit Rules 15(b) and 27, American Municipal Power, Inc. ("AMP") hereby moves to intervene in this proceeding. In support of its motion, AMP hereby states as follows:

Petitioners, the PJM Transmission Owners, seek review of the following issuances of Respondent, the Federal Energy Regulatory Commission ("FERC"):

1. *Duquesne Light Company, et al.*, Order Rejecting Consolidated Transmission Owners Agreement Amendments and Denying Complaint, Docket Nos. ER24-2336-000, ER24-2336-001, ER24-2338-000, ER24-2338-001, and EL24-119-000, 189 FERC ¶ 61,181 (Dec. 6, 2024) ("December 2024 Order"); and

2. *Duquesne Light Company, et al.,* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket Nos.

ER24-2336-002, ER24-2338-002, and EL24-119-001, 190 FERC ¶ 62,075 (Feb. 6, 2025) ("February 2025 Denial Notice").

In the December 2024 Order, FERC rejected filings by the PJM Transmission Owners and by PJM Interconnection, L.L.C. ("PJM") under sections 205 and 206 of the Federal Power Act ("FPA"), 16 U.S.C. §§ 824d and 824e, that would have, *inter alia*, reallocated the authority to revise the protocols that govern electric transmission facility planning in PJM, a FERC-approved Regional Transmission Organization ("RTO"). *See, e.g.*, *Am. Mun. Power, Inc. v. FERC*, 86 F.4th 922, 926-927 (D.C. Cir. 2023) (describing PJM and RTOs). In the February 2025 Denial Notice, FERC provided notice that the PJM Transmission Owners' request for rehearing of the December 2024 Order may be deemed denied by operation of law under section 313(a) of the FPA, 16 U.S.C. § 825*l*(a); *see also Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (*en banc*).

AMP is a non-profit wholesale power supplier and service provider for more than 130 member municipal electric systems in the states of Indiana, Kentucky, Maryland, Michigan, Ohio, Pennsylvania, Virginia, West Virginia, and the Delaware Municipal Electric Corporation, a joint action agency with eight Delaware members. AMP's members collectively serve more than 650,000 residential, commercial, and industrial customers and have a system peak of more than 3,400 megawatts. AMP is a voting member of PJM.

To meet the power service responsibilities of its members, AMP purchases electric transmission and related services from PJM, and also purchases and sells electricity products in the markets administered by PJM. As a transmission customer of PJM and a participant in PJM's electricity markets, AMP has a substantial interest in the protocols governing the transmission planning process in PJM, including issues relating to where authority to modify those protocols resides. AMP was an active participant in the FERC proceedings from which this appeal has been taken, opposing the filings submitted by PJM and the PJM Transmission Owners.

A decision by this Court granting the PJM Transmission Owners' petition could result in a reallocation of authority over the transmission planning protocols in PJM that could adversely impact AMP as a PJM member, transmission customer, and market participant. AMP has a direct and substantial interest in this case that would not be adequately represented by any other party to this proceeding.

WHEREFORE, AMP respectfully requests that the Court grant its motion for leave to intervene with the right to participate fully in all aspects of this proceeding.

> Respectfully submitted,
>
> /s/ *John McCaffrey*
> John McCaffrey
> Stinson LLP
> 1775 Pennsylvania Avenue, NW
> Suite 800
> Washington, DC 20006
> Telephone: (202) 785-9100
> john.mccaffrey@stinson.com

          Gerit F. Hull
          Deputy General Counsel for Regulatory
           Affairs
          American Municipal Power, Inc.
          1111 Schrock Road, Suite 100
          Columbus, OH 43229
          Telephone: (614) 540-0852
          ghull@amppartners.org

          *Counsel for American Municipal Power, Inc.*

Dated: March 13, 2025

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PJM Transmission Owners,<br><br>*Petitioners,*<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent.* | No. 25-1064 |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the type-volume limitations of F.R.A.P. Rule 27(d)(2)(A), excluding the items exempted by F.R.A.P. Rule 32(f). The Motion contains 540 words, which is less than the permissible limit of 5,200 words as set forth in F.R.A.P. Rule 27(d)(2)(A).

I further certify that the foregoing Motion complies with the typeface requirements and type-style requirements of F.R.A.P. Rules 32(a)(5) and 32(a)(6) because it was prepared using Microsoft Word using a proportionally spaced typeface, Times New Roman, 14-point font.

                                      Respectfully submitted,

                                      /s/ *John McCaffrey*
                                      John McCaffrey
                                      Stinson LLP
                                      1775 Pennsylvania Avenue, NW
                                      Suite 800
                                      Washington, DC 20006
                                      Telephone: (202) 785-9100
                                      john.mccaffrey@stinson.com

                                      *Counsel for American Municipal Power, Inc.*

Dated: March 13, 2025

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PJM Transmission Owners,<br><br>*Petitioners,*<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent.* | No. 25-1064 |

**CORPORATE DISCLOSURE STATEMENT OF
AMERICAN MUNICIPAL POWER, INC.**

Pursuant to F.R.A.P. Rule 26.1, and Circuit Rule 26.1, American Municipal Power, Inc. ("AMP") states as follows:

AMP is a non-profit Ohio corporation with more than 130 municipal members in the states of Indiana, Kentucky, Maryland, Michigan, Ohio, Pennsylvania, Virginia, and West Virginia, and the Delaware Municipal Electric Corporation, a joint action agency with eight Delaware members. AMP is a wholesale power supplier and services provider for its members' electric systems.

AMP issues no stock, has no parent corporation, and is not owned in whole or in part by any publicly held corporation.

Respectfully submitted,

/s/ *John McCaffrey*
John McCaffrey
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Telephone: (202) 785-9100
john.mccaffrey@stinson.com

*Counsel for American Municipal Power, Inc.*

Dated: March 13, 2025

## CERTIFICATE OF SERVICE

In accordance with F.R.A.P. Rule 25(d) and Circuit Rule 25, I hereby certify that, on this 13th day of March 2025, I have served the foregoing Motion for Leave to Intervene upon all parties identified on the Service Preference Report via email through the Court's CM/ECF system.

Respectfully submitted,

/s/ *John McCaffrey*
John McCaffrey

*Counsel for American Municipal Power, Inc.*