No: 25-1064

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PJM TRANSMISSION OWNERS,
*Petitioners*

v.

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent*

On Petition for Review of Orders of the Federal Energy Regulatory Commission

## NOTICE OF INTENT TO FILE *AMICUS CURIAE* BRIEF
## BY ILLINOIS CITIZENS UTILITY BOARD

Pursuant to D.C. Circuit Rule 29, Illinois Citizens Utility Board ("CUB") respectfully files notice of its intent to submit an *amicus curiae* brief in support of the Respondent Federal Energy Regulatory Commission ("FERC") in the above-captioned matter. D.C. Cir. R. 29(b). All parties consent to CUB's submission of an *amicus* brief in this matter.

Pursuant to D.C. Circuit Rule 29(b) and 26.1, CUB submits this Disclosure Statement. CUB is a consumer advocacy organization chartered by the state of Illinois. As relevant to this litigation, CUB's purposes include "[r]epresent[ing] and protect[ing] the interests of the residential utility consumers" of Illinois,

1

including by "represent[ing] the interests of utility consumers before . . . the Federal Energy Regulatory Commission, . . . [and] the courts." 220 Ill. Comp. Stat. Ann. §§ 10/5(1)(a), 10/2(d)-(e). CUB does not have any parent entities or subsidiary or affiliate entities that might be affected by the proceeding. CUB does not have stock. CUB is incorporated as a non-profit organization pursuant to 26 U.S.C. § 501(c)(4).

Dated January 26, 2026

                                              Respectfully submitted,

                                              */s/ Nick Lawton*

                                              Nick Lawton
                                              DC Bar No. 1046604
                                              Earthjustice
                                              11001 G Street NW,
                                              Suite 1000
                                              Washington, DC 20001
                                              (202) 780-4835
                                              nlawton@earthjustice.org

                                              *Counsel for Illinois Citizens Utility Board*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 154 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

*/s/ Nick Lawton*

Nick Lawton
DC Bar No. 1046604
Earthjustice
11001 G Street NW,
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

*Counsel for Illinois Citizens Utility Board*

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25(f) of the Circuit Rules of this Court, I hereby certify that I have, this 26th day of January 2026, served the foregoing via the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Nick Lawton*

Nick Lawton
DC Bar No. 1046604
Earthjustice
11001 G Street NW,
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

*Counsel for Illinois Citizens Utility Board*
