No: 25-1064

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PJM TRANSMISSION OWNERS,
                                                            *Petitioners*

v.

FEDERAL ENERGY REGULATORY COMMISSION,
                                                            *Respondent*

On Petition for Review of Orders of the Federal Energy Regulatory Commission

# UNOPPOSED MOTION TO EXTEND DEADLINE
# FOR *AMICUS CURIAE* BRIEF
# BY ILLINOIS CITIZENS UTILITY BOARD

Proposed *amicus curiae* Illinois Citizens Utility Board ("CUB") respectfully moves to extend the deadline for submission of its *amicus* brief to align with the current briefing schedule the Court has already established, by establishing a deadline of February 17, 2026, for CUB's *amicus* brief. All parties consent to CUB's submission of an *amicus* brief and to aligning the deadline for CUB's brief with the current briefing schedule.

Good cause exists to align the deadline for CUB's *amicus* brief with the existing briefing schedule. By default, CUB's *amicus* brief would be due on

1

February 10, 2026, seven days after FERC's response brief. Fed. R. App. P. 29(a)(6). In this matter, the Court established a deadline of February 17, 2026, for the response brief of Intervenors for Respondents. Order, *PJM Transmission Owners v. FERC*, No. 25-1064, Doc. No. 2139834 (Oct. 10, 2025). To facilitate compliance with the Court's requirement that briefs of *amici* avoid repetition of facts or legal argument made in the principal briefs, and to promote efficiency, D.C. Cir. R. 29(a), CUB respectfully moves to follow the current briefing schedule by filing its *amicus* brief on February 17, 2026.

Dated January 26, 2026

Respectfully submitted,

*/s/ Nick Lawton*

Nick Lawton
DC Bar No. 1046604
Earthjustice
11001 G Street NW,
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

*Counsel for Illinois Citizens Utility Board*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 187 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

*/s/ Nick Lawton*

Nick Lawton
DC Bar No. 1046604
Earthjustice
11001 G Street NW,
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

*Counsel for Illinois Citizens Utility Board*

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25(f) of the Circuit Rules of this Court, I hereby certify that I have, this 26th day of January, 2026, served the foregoing via the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Nick Lawton*

Nick Lawton
DC Bar No. 1046604
Earthjustice
11001 G Street NW,
Suite 1000
Washington, DC 20001
(202) 780-4835
nlawton@earthjustice.org

*Counsel for Illinois Citizens Utility Board*